Geer and others vs. Booth.

====================

GEER and others, Respondents, vs. BOOTH, Appellant.

*March 12 — March 27, 1896.*

*Geer v. Holcomb, ante,* p. 661, followed.

APPEAL from a judgment of the circuit court for Waushara county: CHAS. M. WEBB, Circuit Judge. *Reversed.*

For the appellant there was a brief signed by *S. A. Corning,* and oral argument by *Mr. Corning* and *Mr. Geo. W. Bird.*

For the respondents there was a brief by *Cate, Sanborn, Lamoreux & Park,* and oral argument by *A. W. Sanborn.*

CASSODAY, C. J.    The facts in this case are the same as in the case of *Geer v. Holcomb, ante,* p. 661.    For the reasons given in that case the judgment of the circuit court is reversed, and the cause remanded with direction to enter judgment in favor of the plaintiffs and against the defendant, the same as if the complaint had never been amended.